■ Rose Rabinowitz, Respondent, v. Louis Rabinowitz, Appellant.— In an action for separation, the appeal is from an order granting respondent temporary alimony of $100 a week and a counsel fee of $1,000.. Order modified by reducing the temporary alimony to $50 a week, and by reducing the counsel fee to $750. As so modified, order affirmed, without costs. In our opinion, the allowances were excessive. The allowance of $750 for a counsel fee is to include $252 for expenditures already made. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ Rason Asphalt, Inc., Respondent, v. Town of Oyster Bay, Appellant. (Action No. 1.) Rason Asphalt, Inc., Respondent, v. Town of Oyster Bay, Appellant. (Action No. 2.) — After service of the answer in Action No. 1, a summons and complaint, based on the same cause of action, were served in Action No. 2. A motion to dismiss the second complaint on the ground that there was another action pending between the same parties for the same cause was denied, and a cross motion for leave to discontinue the first action was granted, conditioned on the payment of costs. The appeal is from the order entered thereon. Order. affirmed, with $10 costs and disbursements. The causes of action alleged in the two complaints are substantially the same, the complaint in Action No. 2 merely adding allegations to show compliance with the requirements of section 65 of the Town Law. Costs in Action No. 1 have been paid or tendered. Under these circumstances, granting leave to proceed on the second complaint can in no way be said to prejudice or harass appellant. The Special Term properly exercised its discretion in disposing of the motions as it did., Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ Clara Rosenberg, Respondent, v. Louis J. Rosenberg, Appellant.— Appeal from an order granting respondent's motion modifying a judgment of separation so as to eliminate therefrom a provision directing appellant to pay $40 a week for the support of respondent and their minor children and by substituting therefor a provision directing appellant to pay $100 a month for the support of the children only. Order reversed, without costs, and motion denied, without costs. The foreign divorce decree provides, inter alia, for the support of the children, and its validity is undisputed. Each of the parties has remarried. This decree supersedes the judgment of separation entered in this State. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.